**Order filed, December 03, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00688-CR
_____

## GARY MARTINS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1371501**

---

## ORDER

The reporter's record in this case was due **October 14, 2014**. *See* Tex. R. App. P. 35.1. On **October 20, 2014, Gail Rolen** filed a motion for extension of time to file the reporter's record which was granted until **November 14, 2014**. On **November 18, 2014**, she filed a second motion for extension of time to file the reporter's record which was granted until **December 01, 2014**, with the notation that no further extension would be granted absent exceptional circumstances. The court has not received a request to extend time for filing the record. The record has

not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gail Rolen**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM